IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BENJAMIN SINGER | * | |
| Plaintiff | * | Case No.: |
| vs. | * | |
| CPUS BREWERS HILL LP, et al | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF REMOVAL**

COMES NOW, CPUS Brewers Hill, LP, Defendant, by and through its counsel, Matthew T. Angotti and Zachary S. Gilreath, pursuant to 28 U.S.C 1441, *et seq*. and hereby files the following Notice of Removal, and for good cause states as follows:

1. Plaintiff, Benjamin Singer, has filed an action in the Circuit Court of Maryland for Baltimore City against Defendant CPUS Brewers Hill, LP and Defendant Avenue5 Residential, LLC, alleging a slip, trip and fall accident was caused by the negligence of Defendant CPUS Brewers Hill, LP and Defendant Avenue5 Residential, LLC. A copy of all pleadings on file in the Circuit Court of Maryland for Baltimore City are attached hereto as Exhibit 1.

2. The case is removable to this court based on diversity jurisdiction because Plaintiff is a resident of Baltimore County, Maryland, Defendant CPUS Brewers Hill, LP, is a Delaware limited partnership with its principal office in Los Angeles, California, and Avenue5 Residential, LLC is a Delaware limited liability corporation with its principal office in Seattle, Washington. The amount in controversy exceeds $75,000.00 as Plaintiff claim in excess of $75,000.00 in damages.

3. Defendant CPUS Brewers Hill, LP was first served a copy of the Summons and Complaint on August 11, 2021.

**WHEREFORE,** Defendant, CPUS Brewers, LP hereby prays the action against it be removed to this court.

                                                  */s/ Matthew T. Angotti*
Matthew T. Angotti, (MD Bar No. 5949)
Anderson Coe King, LLP
7 St. Paul Street, Ste. 1600
Baltimore, MD 21202
Ph.: (410) 752-1630 / Fx: (410) 752-0085
angotti@acklaw.com

                                                  */s/ Zachary S. Gilreath*
Zachary S. Gilreath (MD Bar No. 21824  )
Anderson Coe King, LLP
7 St. Paul Street, Ste. 1600
Baltimore, MD 21202
Ph.: (410) 752-1630 / Fx: (410) 752-0085
Gilreath@acklaw.com
*Attorneys for Defendant, CPUS Brewers Hill LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2021 a copy of Defendant's Notice of Removal was eserved and/or mailed to:

Thomas C Costello, Esq.
Matthew T. Holley, Esq.
Costello Law Group
409 Washington Avenue, Suite 410
Towson, MD 21204
tcc@costellolawgroup.com
mth@costellolawgroup.com
410-832-8800
*Attorneys for Plaintiff Benjamin Singer*

Avenues Residential LLC
605 5th Avenue, Suite 100
Seattle, WA 98104
Serve On: Registered Agent Solutions Inc.
8007 Baileys Lane
Pasadena MD 21122
*Defendant*

                                       /s/ Matthew T. Angotti
                                       Matthew T. Angotti, Esq. (#5949)
                                       /s/  James P. O'Brien
                                       Zachary S. Gilreath, Esq. (#21824)